ROBERT V. SANTANGELO, Individually and as a Grand Officer of the SONS OF ITALY, INC., etc., v. VINCENT SELLARO and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALECK MANTON v. MUNSON STEAMSHIP LINE.— Motion granted and the time of the appellant in which to serve the proposed case herein, including the papers on appeal from order, extended to and including February 20, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York— NORTHERN INSURANCE COMPANY OF MOSCOW. In the Matter of SEVERNOE SECURITIES CORPORATION against PHŒNIX ASSURANCE COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAMP MANUFACTURING CORPORATION v. STAR DISCOUNT CORPORATION.— Motion granted. Order resettled. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SANFORD PETERS v. MACFADDEN PUBLICATIONS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of JULIAN MANTELL, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of L. HARDING ROGERS, JR., an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

W. WARREN TOWER, Respondent, v. LOUIS K. LIGGETT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSA ROSENFELD, Respondent, v. HYMAN AARON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SHERMAN, as Administrator, etc., of the Estate of HARRY SHERMAN, Also Known as ALI SHERMAN, Respondent, v. CELIA JOKINSKY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUDOLPH MARKS (Amended to RUDOLPH MARKS RODKINSON), Respondent, v. HENRY J. HAECKER and Another, Appellants, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Transfer Tax upon the Estate of AMY ELIZABETH DAVIS, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of PHELAN BEALE, as Executor, etc., of WALTER LANG, Deceased.— Decree so far as appealed from affirmed, with costs to respondents payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.